**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jose A., | Case No. 26-CV-0160-NEB-EMB |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; Daren K. Margolin, Director for Executive Office for Immigration Review; Executive Office for Immigration Review; and David Easterwood, Acting Director, Fort Snelling Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1.     Respondents are directed to file an answer to the petition for a writ of

       habeas corpus of petitioner Jose A. by no later than January 14, 2026,

       certifying the true cause and proper duration of Petitioner's

       confinement and showing cause why the writ should not be granted in

       this case.

2.     Respondents' answer should include:

1

      a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.      Respondents' position regarding why Petitioner's detention is not barred by 8 U.S.C. § 1254a(d)(4) ("An alien provided temporary protected status under this section shall not be detained by the Attorney General on the basis of the alien's immigration status in the United States.").

3.      If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 16, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 12, 2026                    */s/Elsa M. Bullard*
                                        Elsa M. Bullard
                                        United States Magistrate Judge