# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Elias Avendano,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
Daren K. Margolin, David Easterwood,
Department of Homeland Security,
Immigration and Customs Enforcement,
Executive Office for Immigration Review,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00160-NEB-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Jose A.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. The Court:

   a. DECLARES that Jose A. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

   b. ENJOINS Respondents from denying release or other relief on the basis that Jose A. is subject to mandatory detention under § 1225(b)(2);

   c. ORDERS that Respondents immediately release Jose A. from custody in Minnesota; and

   d. ORDERS that, within two days, Respondents confirm Jose A.'s release and provide the Court with a status update concerning whether Respondents have informed Jose A.'s

Counsel of his location and allowed a family member to deliver his medications to the facility where he is detained.

Date: 1/16/2026

KATE M. FOGARTY, CLERK